# UNITED STATES DISTRICT COURT
# for the District of Arizona

| | |
|---|---|
| Jennifer Marie Jones,<br>    Plaintiff,<br>v.<br>Town of Quartzsite;<br>Jeffrey Gilbert and Sondra Gayle<br> Gilbert, Husband and Wife;<br>Officer Xavier Frausto, #15, and<br>Terry Frausto, Husband and<br>Wife;  Alex Taft; Al Johnson;<br>Individual Does I-X<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: Jeffrey Gilbert, Quartzsite Police Department
P.O Box 2812
Quartzsite, AZ, 85346
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are: Jennifer Marie Jones. Mailing address: P.O. Box 1320, Quartzsite, Arizona, 85346

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____          _____
                                        *Signature of Clerk or Deputy Clerk*