# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones, et al., | No. CV-13-01770-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Town of Quartzsite, et al., | |
| Defendants. | |

The Court has set a status hearing in this case to be held on **April 15, 2014 at 4:00 p.m.** before the Honorable David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003.

Plaintiffs and their counsel **shall** appear telephonically at the hearing. Counsel for Plaintiffs **shall** send notice of this hearing to his clients and **shall** initiate a conference call to include his clients and the Court no later than **3:55 p.m. (Arizona time) on April 15, 2014**. Counsel for Defendants shall appear in person at the hearing.

Dated this 31st day of March, 2014.

_____
David G. Campbell
United States District Judge