# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones, et al., | No. CV-13-01770-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Town of Quartzsite, et al., | |
| Defendants. | |

On March 14, 2014, Judge Susan Bolton entered an order requiring attorney Elmer Stewart Rhodes, by March 24, 2014, to either withdraw from representing Plaintiffs in this case or file an application for admission pro hac vice. Mr. Rhodes did neither. As a result, the Court entered an order in this case on March 31, 2014, setting a hearing for April 15, 2014. The order required Plaintiffs and their counsel, Mr. Rhodes, to appear telephonically at the hearing. Neither Plaintiffs nor their counsel appeared telephonically or otherwise at the hearing. Defense counsel, who was present at the hearing, stated that she has had no communication from Mr. Rhodes since December of 2013.

Because Mr. Rhodes has failed to respond to repeated orders by the Court, he is discharged from representing Plaintiffs in this matter. The Court will send a letter to the Montana State Bar Association regarding Mr. Rhodes' failure to represent his clients and respond to court orders.

Because Mr. Rhodes has been discharged, Plaintiffs Jennifer Marie Jones and John Lavern Jones are now unrepresented in this matter. A copy of this order will be mailed to

an address for the Joneses provided by defense counsel.

>Jennifer Marie Jones
>John Lavern Jones
>P.O. Box 1320
>Quartzsite, AZ   85346

Plaintiffs shall appear telephonically for a hearing on **May 9, 2014 at 4:30 p.m.** To participate by phone in the hearing, Plaintiffs shall call 602-322-7645 no later than 4:15 p.m. on May 9, 2014.

Plaintiffs are warned that if they fail to appear telephonically at the May 9, 2014 hearing, this case will be dismissed for lack of prosecution.

Dated this 18th day of April, 2014.

_____
David G. Campbell
United States District Judge